# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MONTREAL EVANS                                                                                        PLAINTIFF
ADC #800151

v.                                          4:22-cv-00123-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. Plaintiff has not objected, and the time to do so has expired. After reviewing the objections and record, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 23) is GRANTED, and Plaintiff's claims against Defendants Payne, Musselwhite, Pierce, Babcock, Culclager, and Robinson are DISMISSED with prejudice.

2. Defendant Doe is DISMISSED without prejudice due to a lack of service.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 23rd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE