IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MONTREAL EVANS                                                                                         PLAINTIFF
ADC #800151

v.                                          4:22-cv-00123-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 23rd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE